## MOTION AND PROCEDURAL RULINGS

2009–2355. In re Adoption of G.V.

Lucas App. No. L–09–1160, 2009-Ohio-6338. Reported at 126 Ohio St.3d 249, 2010-Ohio-3349. This cause is pending before the court on appellants' motion for reconsideration.

It is ordered by the court, sua sponte, that all lower court orders and proceedings related to this case are stayed pending resolution of the motion for reconsideration and further order of this court.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

## CASE ANNOUNCEMENTS

### September 29, 2010

[Cite as *09/29/2010 Case Announcements*, 2010-Ohio-4542.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–1127. State ex rel. Whitaker v. Scioto Cty. Common Pleas Court.

In Mandamus. On respondent's answer and motion for judgment on the pleadings and relator's motion to amend complaint. Motion to amend complaint denied. Motion for judgment on the pleadings granted. Cause dismissed.

PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., dissents and would grant the motion to amend complaint and defer ruling on the motion for judgment on the pleadings.

2010–1161. State ex rel. Dowdell v. Mason.

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1171. State ex rel. Shepherd v. Mansfield Mun. Court.

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1178. [State ex rel.] Beckett v. Clark Cty. Common Pleas Court.

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1208. [State ex rel.] Thomas v. Haas.

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1222. [State ex rel.] Nooks v. Crawford.

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.